# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| J&A FREIGHT SYSTEMS, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Court No.: 1:14-cv-1581 ) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Foreign Corporation, and RJ AHMANN COMPANY, a/k/a AHMANN MARTIN, a Foreign Corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **STIPULATION TO DISMISS**

NOW COME Plaintiff, J&A FREIGHT SYSTEMS, INC., by and through its attorney, NICHOLAS A. CAPUTO, Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its attorney, THOMAS B. ORLANDO, and Defendant, RJ AHMANN COMPANY a/k/a AHMANN MARTIN, by and through its attorney, MITCHELL A. ORPETT, and hereby stipulate that the above-captioned cause of action has been fully settled and compromised, and agree that the above-captioned cause of action be dismissed with prejudice with each party to bear its own costs.

        J&A FREIGHT SYSTEMS, INC., Plaintiff, by and through its attorney,

        BY:   /s/ Nicholas A. Caputo
                   NICHOLAS A. CAPUTO

        TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, Defendant, by and through its attorney,

        BY:   /s/ Thomas B. Orlando
                   THOMAS B. ORLANDO

        RJ AHMANN COMPANY a/k/a AHMANN MARTIN, Defendant, by and through its attorney,

        BY:   /s/ Mitchell A. Orpett
               MITCHELL A. ORPETT

Thomas B. Orlando
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
312-863-5099 fax
torlando@fgppr.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 2nd day of May, 2018.

        /s/Thomas B. Orlando
        THOMAS B. ORLANDO