## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

JA Freight Systems, Inc.

                      Plaintiff,

v.                             Case No.: 1:14–cv–01581

                             Honorable Jeffrey T. Gilbert

Travelers Property Casualty Company of America, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 3, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation to Dismiss [116], this cause of action is dismissed with prejudice with each party to bear its own costs. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.